UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAWRENCE J. SPIWAK and
THE PARETO GROUP, INC.,

    Plaintiffs,

                                Civil Action No.
                                3:02 CV 1865 (AVC)

V.

FONDELEC GROUP, INC.,
FONDELEC ESSENTIAL SERVICES FUND
OCTET COMMUNICATIONS, INC.,
OCTET GROUP, LLC,
and THOMAS CAUCHOIS,

    Defendants.                        October 29, 2003

FILED
2003 OCT 30 P 1:12
US DISTRICT COURT
HARTFORD CT

## AGREED MOTION FOR EXTENSION
## OF TIME TO COMPLETE DISCOVERY
## AND FOR MODIFICATION OF SCHEDULING ORDER

Larry Spiwak and the Pareto Group, Inc., by and through their attorneys, Coan, Lewendon, Gulliver and Miltenberger, LLC, hereby request an extension of time to complete discovery, and state as follows:

1. This civil action was commenced on or about October 18, 2002. The defendants responded to the complaint of the plaintiffs on or about March 6, 2003.

2. On February 11, 2003, this Court entered a Scheduling Order requiring the parties to complete discovery on or before September 1, 2003. The parties have completed their document exchange of all written discovery.

4. On or about August 22, 2003, the parties filed an Agreed Motion for Extension of Time to Complete Discovery and for Modification of Scheduling Order. On August 26, 2003, said motion was granted by this Court, and the parties were granted until November 1, 2003 to complete discovery.

5. On or about September 19, 2003, the plaintiffs filed a Motion for Summary Judgment and supporting papers in this action.

6. On or about October 8, 2003, the defendant filed a First Motion for Extension of Time to Respond to Motion for Summary Judgment. Said motion requested until December 9, 2003 to complete discovery. The plaintiffs did not oppose said motion. To the best of the undersigned counsel's information and belief, this Court has not yet acted on the defendant's motion.

7. The plaintiffs have been unable to obtain consensual dates for depositions in this matter because of, *inter alia*, the busy schedule of counsel for the defendant. Upon information and belief, counsel, the parties and third parties will not be available concurrently for depositions prior to the end of November 2003.

8. The plaintiffs request an extension of time to complete the taking of depositions (and, if necessary, other discovery) up to and including December 31, 2003.

9. The plaintiffs also request an extension of time for the remaining items in this Court's Scheduling Order. The plaintiffs request the Scheduling Order be modified so

2

that (a) all motions need to be filed on or before February 15, 2004, (b) Joint Trial Memorandum need to be filed on or before March 15, 2004, and (c) the case be ready for trial on or before April 1, 2004.

10. This is the second request as to these time limitations. The plaintiff has been unable to determine if the defendant consents to the extensions of time and modification of this Court's Scheduling Order as set forth herein.

WHEREFORE, Larry Spiwak and the Pareto Group, Inc. request an extension of time to complete discovery and a modification of this Court's scheduling order as set forth herein.

LARRY SPIWAK AND THE PARETO GROUP, INC.

By _____
Timothy D. Miltenberger (ct08874)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
(203)624-4756
Fax: (203) 865-3673
Their Attorneys

## CERTIFICATION

This certifies that on October 29, 2003 I sent a copy of the foregoing by first class mail, postage prepaid, to the following:

Gary S. Klein
Sandak, Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905-5568

_____
Timothy D. Miltenberger