#14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE J. SPIWAK and<br>THE PARETO GROUP, INC., | : | |
| Plaintiffs, | : | Civil Action No.<br>3:02 CV 1865 (AVC) |
| V. | : | |
| FONDELEC GROUP, INC.,<br>FONDELEC ESSENTIAL SERVICES FUND<br>OCTET COMMUNICATIONS, INC.,<br>OCTET GROUP, LLC,<br>and THOMAS CAUCHOIS, | : | |
| Defendants. | : | October 29, 2003 |

**AGREED MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY
AND FOR MODIFICATION OF SCHEDULING ORDER**

Larry Spiwak and the Pareto Group, Inc., by and through their attorneys, Coan, Lewendon, Gulliver and Miltenberger, LLC, hereby request an extension of time to complete discovery, and state as follows:

1. This civil action was commenced on or about October 18, 2002. The defendants responded to the complaint of the plaintiffs on or about March 6, 2003.

2. On February 11, 2003, this Court entered a Scheduling Order requiring the parties to complete discovery on or before September 1, 2003. The parties have completed their document exchange of all written discovery.

November 3, 2003. GRANTED. This order supercedes the court's order rendered earlier in the day modifying the scheduling order.
SO ORDERED.

Alfred V. Covello, U.S.D.J.