UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE J. SPIWAK and<br>THE PARETO GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>FONDELEC GROUP, INC.<br>FONDELEC ESSENTIAL SERVICES FUND LP,<br>OCTET COMMUNICATIONS, INC.<br>OCTET GROUP, LLC, FE CLEAN ENERGY<br>GROUP, INC. and THOMAS G. CAUCHOIS<br><br>Defendants. | CIVIL ACTION NO.<br>3:02 CV 1865 (AVC)<br><br><br><br><br><br><br><br><br>OCTOBER 8, 2003 |

**FIRST MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(f) and Local Rule 7(b), the Defendants hereby move for an extension of time for sixty (60) days, through and including December 9, 2003, to respond to the Plaintiffs' Motion for Summary Judgment dated September 19, 2003 ("Motion") in this matter.

1.   This is the Defendants' first motion for an extension of time to respond to

ORAL ARGUMENT NOT REQUESTED

---

[Handwritten margin note, rotated:] November 3, 2003. GRANTED. All discovery in this matter shall be completed by December 1, 2003. And the plaintiff's opposition memorandum to the motion for summary judgment shall be filed no later than December 15, 2003. ORDERED.

Alfred V. Covello, U.S.D.J.