**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LAWRENCE J. SPIWAK and <br> THE PARETO GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> FONDELEC GROUP, INC. <br> FONDELEC ESSENTIAL SERVICES FUND LP, <br> OCTET COMMUNICATIONS, INC. <br> OCTET GROUP, LLC, FE CLEAN ENERGY <br> GROUP, INC. and THOMAS G. CAUCHOIS <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 3:02 CV 1865 (AVC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) DECEMBER 9, 2003 |

**NOTICE OF BANKRUPTCY AND**
**STAY OF MOTION FOR SUMMARY JUDGMENT**

The Defendant Belo Horizonte Advisors, Inc. f/k/a FondElec Group, Inc. ("FondElec") hereby gives notice to the Court and all parties that it filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on December 8, 2003. Pertinent information is attached hereto.

In as much as the Plaintiff's Motion for Summary Judgment dated September 19,

2003 is directed solely at FondElec, that Motion, and all other proceedings in this case, are stayed pursuant to Title 11 of the United States Code until further order of the Court.

**THE DEFENDANTS, BELO HORIZONTE ADVISORS, INC. F/K/A FONDELEC GROUP, INC., FONDELEC ESSENTIAL SERVICES FUND LP, OCTET COMMUNICATIONS, INC., OCTET GROUP, LLC, and THOMAS G. CAUCHOIS**

By\_\_\_\_\_Gary S. Klein /s/_____
Gary S. Klein (ct 09827)
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT  06905
(203) 425-4200
(203) 325-8608 (fax)
gklein@shglaw.com
Their Attorneys

## **CERTIFICATION**

      I certify that a copy of the foregoing was sent via first class mail on this December 9, 2003 to:

Timothy D. Miltenberger, Esq.
Coan Lewendon Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511

                                                            /S/ Gary S. Klein
                                                            Gary S. Klein