UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE J. SPIWAK and<br>THE PARETO GROUP, INC., | :<br>:<br>: |
| Plaintiffs, | : Civil Action No. 3:02 CV 1865 (AVC) |
| | : |
| FONDELEC GROUP, INC.,<br>FONDELEC ESSENTIAL SERVICES<br>FUND<br>OCTET COMMUNICATIONS, INC.,<br>OCTET GROUP, LLC,<br>and THOMAS CAUCHOIS, | :<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : September 19, 2003 |

**MOTION FOR SUMMARY JUDGMENT**

Lawrence J. Spiwak and The Pareto Group, Inc. (together "Attorney Spiwak"), by and through their attorneys, Coan, Lewendon, Gulliver & Miltenberger, LLC, hereby move for summary

---

3:02cv1865 (AVC). December 17, 2003. This is an action for damages alleging breach of a legal services agreement. On September 22, 2003, the plaintiffs filed a motion for summary judgment. The defendants have not filed an opposition memorandum. Having reviewed the plaintiffs' memorandum and the relevant authority, the court concludes that, in the absence of an opposition memorandum, the plaintiffs' submission meets the burden of demonstrating that no genuine issue of material fact exists for trial. <u>Amaker v. Foley Co.</u>, 274 F.3d 677 (2d Cir. 2001). Accordingly, the plaintiffs' motion (document no. 11) is GRANTED as to count one of the complaint against the defendants, Fondalec Essential Services Fund, Octet Communications, Inc., Octet Group, LLC, and Thomas Cauchoic. Because the defendant, FondElec Group, Inc., has sought protection under Chapter 11 of the United States Bankruptcy Code, this order does not apply to that entity, and all proceedings in this case with respect to FondElec Group, Inc. are stayed pending a resolution of the bankruptcy case.

SO ORDERED.

Alfred V. Covello
United States District Judge