UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                          )
LAWRENCE J. SPIWAK and                    )
THE PARETO GROUP, INC.                    )
                                          )
                                          )
           Plaintiff,                     )
                                          )  CIVIL ACTION NO.
v.                                        )  3:02 CV 1865 (AVC)
                                          )
                                          )
FONDELEC GROUP, INC.                      )
FONDELEC ESSENTIAL SERVICES FUND LP,      )
OCTET COMMUNICATIONS, INC.                )
OCTET GROUP, LLC, FE CLEAN ENERGY         )
GROUP, INC. and THOMAS G. CAUCHOIS        )
                                          )
           Defendants.                    )
_____) DECEMBER 20, 2003

**UNOPPOSED MOTION TO RECONSIDER AND VACATE
SUMMARY JUDGMENT RULING DATED DECEMBER 17, 2003**

The Defendants, **FONDELEC ESSENTIAL SERVICES FUND LP, OCTET COMMUNICATIONS, INC., OCTET GROUP, LLC, and THOMAS G. CAUCHOIS** ("Defendants"), pursuant to Local Rule 7(c), hereby move that the Court reconsider and vacate its ruling on Plaintiff's Motion for Summary Judgment dated December 17, 2003 (the "Ruling"). In support of this Motion, the Defendants state:

**ORAL ARGUMENT IS NOT REQUESTED**

1. On or about September 22, 2003, the Plaintiffs moved for summary judgment on the first count of their complaint.

2. The First Count of the Complaint (on which Plaintiffs sought summary judgment) is unclear as to which Defendant it is directed.  In light of that lack of clarity, the Plaintiffs, after inquiry by the undersigned, confirmed that the First Count of the Complaint and the Motion were directed at FGI only.

3. After reviewing the Complaint's various causes of action and the Motion for Summary Judgment, the undersigned inquired of Plaintiffs' counsel as to which Defendants the Motion for Summary Judgment was directed.

4. By e-mail transmission dated October 16, 2003, Plaintiffs' counsel agreed and confirmed that Plaintiffs' Motion for Summary Judgment was directed at FondElec Group, Inc. ("FGI") only.

5. On or about December 8, 2003, FGI filed a voluntary petition for bankruptcy protection and the undersigned promptly notified this Court, thereby staying all proceedings in this case.

6. On December 17, 2003, this Court entered the Ruling against the Defendants.

7. On December 18, 2003, the undersigned conferred with Plaintiffs' counsel regarding the Ruling and Plaintiffs' counsel confirmed and agreed that (1) the Motion for Summary Judgment was, by agreement, directed only at FGI, now a debtor in bankruptcy, and (2) Plaintiffs would consent to this Motion to Reconsider and Vacate the Ruling.

8. Based upon Plaintiffs' counsel's agreement that the Motion for Summary Judgment was to be directed only at FGI, Defendants did not respond to the Motion, in light of FGI's bankruptcy.

9. Because the Motion for Summary Judgment was directed solely against FGI and FGI is a debtor in bankruptcy, the Court should vacate the Ruling.

Wherefore, the Defendants respectfully move that the Court reconsider the Ruling and vacate the summary judgment.

**THE DEFENDANTS, FONDELEC ESSENTIAL SERVICES FUND LP, OCTET COMMUNICATIONS, INC., OCTET GROUP, LLC, and THOMAS G. CAUCHOIS**

By  /S/ Gary S. Klein
Gary S. Klein (ct 09827)
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT  06905
(203) 425-4200
(203) 325-8608 (fax)
gklein@shglaw.com
Their Attorneys

4

**CERTIFICATION**

      I certify that a copy of the foregoing was sent via first class mail on this December 20, 2003 to:

Timothy D. Miltenberger, Esq.
Coan Lewendon Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511

                                                  /S/ Gary S. Klein
                                                     Gary S. Klein