02cv1865mrecon

FILED
2003 DEC 23 P 12: 5[?]
U.S. [DISTRICT COURT]
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE J. SPIWAK and<br>THE PARETO GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>FONDELEC GROUP, INC.<br>FONDELEC ESSENTIAL SERVICES FUND LP,<br>OCTET COMMUNICATIONS, INC.<br>OCTET GROUP, LLC, FE CLEAN ENERGY<br>GROUP, INC. and THOMAS G. CAUCHOIS<br><br>Defendants. | CIVIL ACTION NO.<br>3:02 CV 1865 (AVC)<br><br><br><br><br><br>DECEMBER 20, 2003 |

**UNOPPOSED MOTION TO RECONSIDER AND VACATE
SUMMARY JUDGMENT RULING DATED DECEMBER 17, 2003**

The Defendants, **FONDELEC ESSENTIAL SERVICES FUND LP, OCTET COMMUNICATIONS, INC., OCTET GROUP, LLC, and THOMAS G. CAUCHOIS** ("Defendants"), pursuant to Local Rule 7(c), hereby move that the Court reconsider and vacate its ruling on Plaintiff's Motion for Summary Judgment dated December 17, 2003 (the "Ruling"). In support of this Motion, the Defendants state:

**ORAL ARGUMENT IS NOT REQUESTED**

---

[Handwritten margin note, left side:]

December 31, 2003. By consent of the parties, the court's December 17, 2003 ruling that granted summary judgment to the plaintiffs is hereby VACATED. To the extent the December 17, 2003 order stayed this matter with respect to FondElect Group, Inc., as required by Chapter 11 of the United States Bankruptcy Code, that order remains undisturbed.
SO ORDRED.

Alfred V. Covello, U.S.D.J.