AO 458 (Rev.5/85) Appearance

# United States District Court

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE J. SPIWAK and<br>THE PARETO GROUP, INC. | **APPEARANCE**<br><br>Case Number:  3:02-cv-1865 (AVC) |
| Plaintiff<br>V. | |
| FONDELEC GROUP, INC.,<br>FONDELEC ESSENTIAL SERVICES<br>GROWTH FUND, L.P., OCTET<br>COMMUNICATIONS, INC., OCTET<br>GROUP, LLC and<br>THOMAS CAUCHOIS | SEPTEMBER 29, 2006 |
| Defendants, | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**THE DEFENDANTS, FONDELEC ESSENTIAL SERVICES GROWTH FUND, L.P., OCTET COMMUNICATIONS, INC., OCTET GROUP, LLC and THOMAS CAUCHOIS**

September 29, 2006
Date

/s/ James T. Shearin
Signature

James T. Shearin– ct01326
Print Name

Pullman & Comley, LLC
850 Main Street
Address

Bridgeport,    CT    06604
City    State    Zip Code

(203) 330-2240

(203) 576-8888 Fax

jshearin@pullcom.com

## **CERTIFICATION**

      I hereby certify that on September 29, 2006, a copy of the foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                      /s/
                              James T. Shearin, Esq. – ct 01326
                              Pullman & Comley, LLC
                              850 Main Street
                              Bridgeport, CT 06604
                              (203)330-2240
                              (203)576-8888 fax
                              jshearin@pullcom.com

Bridgeport/70153.1/JTS/612880v1