## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE J. SPIWAK and : | |
| THE PARETO GROUP, INC., : | |
| : | |
| Plaintiffs, : | Civil Action No.: 3:02-CV-1865 (AVC) |
| : | |
| V. : | |
| : | |
| FONDELEC GROUP, INC., et al., : | |
| : | |
| Defendants. : | |

### STIPULATION OF VOLUNTARY DISMISSAL

The Plaintiffs, by and through their attorneys, Coan, Lewendon, Gulliver & Miltenberger, LLC, and the undersigned Defendants, by and through their attorneys, Pullman & Comley, LLC, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to a dismissal of the above-captioned action in its entirety and as to all parties, with prejudice, and without costs to any party.

        LAWRENCE J. SPIWAK
        THE PARETO GROUP, INC.


        By__/s/ Timothy D. Miltenberger_____
        Timothy D. Miltenberger (ct08874)
        Coan, Lewendon, Gulliver & Miltenberger, LLC
        495 Orange St.
        New Haven, CT 06511
        (203) 624-4756
        Fax: (203) 865-3673
        tmiltenberger@coanlewendon.com

FONDELEC ESSENTIAL SERVICES GROWTH FUND, L.P., OCTET COMMUNICATIONS, INC., OCTET GROUP, LLC, and THOMAS CAUCHOIS


By   /s/ James T. Shearin
James T. Shearin (ct01326)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06601-7006
(203) 330-2240
jtshearin@pullcom.com